**W. W. Hiddle, appellant, v. Charles Watson and Sam Springer, appellees. Gen. No. 7,907.**

Suit to recover sums paid upon purchase of stock of foreign corporation doing business in violation of Securities Act. Judgment for defendants. Appeal from the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 31, 1925.

Wilber H. Hickman, for appellant. O'Hair, McClain & Bristow, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Edna Hutchison, appellee, v. Levi Murray, appellant. Gen. No. 7,913.**

Action for purchase price of garage. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. W. B. Wright, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 31, 1925. Rehearing denied February 23, 1926.

Hogan & Reese, for appellant. Lyman G. Grundy, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. James Yankowski, plaintiff in error. Gen. No. 7,916.**

Prosecution for unlawful possession of intoxicating liquors. Verdict of guilty; judgment and sentence thereon. Error to the County Court of Christian county; the Hon. C. J. Vogelsang, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed December 31, 1925.

Hogan & Reese, for plaintiff in error. Carl H. Preihs, State's Attorney, and W. S. Greer, Assistant State's Attorney, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Ada Stoner Chapin, defendant in error, v. Banta Furniture Company, plaintiff in error. Gen. No. 7,919.**

Damages for breach of lease. Judgment for plaintiff. Error to the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 31, 1925.

Redmon & Redmon and Webber & Webber, for plaintiff in error. McDavid & Monroe and Whitley & Fitzgerald, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.